## CHARLES KOTT

*vs.*

## TINA KOTT.

*Dismissal of Appeal—Attachment in Equity.*

An appeal which purports to be taken from an order of attachment issued on a certain date will be dismissed if there is no such order in the record.

Where an attachment in equity is issued by the clerk without authority, a motion to quash is proper.

*Decided February 20, 1920.*

Appeal from the Circuit Court of Baltimore City.

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, and STOCKBRIDGE, JJ.

*Frank G. Turner,* with whom was *Richard J. Standiford,* for the appellant.

*Harry B. Wolf* filed a brief for the appellee.

By a *per curiam* opinion, the appeal was dismissed, the appellant to pay the costs.